UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Isaac Martinez

                        Plaintiff,

v.                                                     Case No.: 1:16–cv–02398
                                                            Honorable Charles R. Norgle Sr.

7447 South Shore, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 27, 2016:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs [9]. The status hearing set for July 29, 2015 is stricken. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.